IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil No. 3:14CV00448-MJR |
| ) | |
| Juan Zuniga, ) | |
| ) | |
| Defendant. ) | |

## **C O M P L A I N T**

The United States of America, by Stephen R. Wigginton, United States Attorney for the Southern District of Illinois, and Gerald M. Burke, Assistant United States Attorney, for its complaint against the defendant, Juan Zuniga, states as follows:

1. This Court has jurisdiction by virtue of 28 U.S.C. § 1345.

2. Venue is proper in this district since the defendant is a resident of the district, residing at "Address Redacted" Granite City, IL, US County, Illinois 62040, within the jurisdiction of this Court.

### COUNT I

1. The defendant is indebted to the United States of America in the principal amount of $8,000.00, plus interest of $40.00, Penalty of $2,000.00, administrative cost of $20.00, and FMS and DOJ fees of $2,810.10, for a total due of $11,070.10, as of March 28, 2014 plus additional interest accruing at an annual rate of 3% from April 29, 2011, until the date of judgment.  A copy of the Certificate of Indebtedness is attached hereto as Exhibit A.

2. The indebtedness arises from five workplace safety violations under the Occupational

Safety and Health Administration Act of 1970, 29 U.S.C. 651, et seq., as noted during an April 26, 2010 OSHA inspection of Defendant's 7719 General Sherman Lane, Afton, Missouri worksite.

## COUNT II

3.  The defendant is indebted to the United States of America in the principal amount of $68,720.00, plus interest of $515.40, Penalty of $2,748.80, administrative cost of $20.00, and FMS and DOJ fees of $24,496.27, for a total due of $96,500.47, as of March 28, 2014, plus additional interest accruing at an annual rate of 3% from December 29, 2011, until the date of judgment.  A copy of the Certificate of Indebtedness is attached hereto as Exhibit B.

4.  The indebtedness arises from seven workplace safety violations under the Occupational Safety and Health Administration Act of 1970, 29 U.S.C. 651, et seq., as noted during an October 19-25, 2010 OSHA inspection of Defendant's 10009 and 10011 Bellefontaine Road, Bellefontaine, Missouri worksite.

5.  In addition, the United States is entitled to an administrative fee of $50.00 and court costs in the amount of $350.00 pursuant to 28 U.S.C. §2412(a)(2).

6.  Demand has been made upon the defendant by the plaintiff for the sum due but the amount due remains unpaid.

WHEREFORE, plaintiff, United States of America, requests this Court to:

A.  Enter judgment on Count I of the Complaint against the defendant, Juan Zuniga, in the amount of $11,070.10 plus interest until paid and costs of this suit.  Plaintiff further demands, pursuant to 28 U.S.C. § 1961, that interest on the judgment be accrued at the legal rate until paid in full.

  B. Enter judgment on Count II of the Complaint against the defendant, Juan Zuniga, in the amount of $96,500.47 plus interest until paid and costs of this suit. Plaintiff further demands, pursuant to 28 U.S.C. § 1961, that interest on the judgment be accrued at the legal rate until paid in full.

  C. Award the United States an administrative fee of $50.00 and court costs in the amount of $350.00, pursuant to 28 U.S.C. §2412(a)(2); and,

  D. Grant such other and further relief as is just and proper.

          STEPHEN R. WIGGINTON
          United States Attorney


          s/ *Gerald M. Burke*
          GERALD M. BURKE
          Assistant United States Attorney
          Nine Executive Drive
          Fairview Heights, Illinois 62208
          (6l8) 628-3700